1  **SANDRA RESNICK**
   California State Bar # 89901
2  270 East Douglas Avenue
   El Cajon, CA 92020
3  Office: (619) 401- 4067
   Fax:    (619) 442-7439
4
   Attorney for Defendant
5  **Mayra Partida De Herrera**
6
7
              UNITED STATES DISTRICT COURT
8
              SOUTHERN DISTRICT OF CALIFORNIA
9
                  (HON. WILLIAM Q. HAYES)
10
11 UNITED STATES OF AMERICA,      )   CASE NO. 21 CR-0685-WQH
                                   )
12        Plaintiff,                )   Date:  April 29, 2021
                                   )   Time:  9:00 a.m.
13    v.                            )
                                   )   **NOTICE OF MOTION AND**
14 MAYRA PARTIDA DE HERRERA,       )   **MOTION TO COMPEL**
                                   )   **DISCOVERY/PRESERVE**
15        Defendant.                )   **EVIDENCE**
                                   )
16 _____ )
17
   **TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY;**
18
   PAUL BENJAMIN, ASSISTANT UNITED STATES ATTORNEY,
19
        **PLEASE TAKE NOTICE** that on April 29, 2020 at 9:00 a.m. or as soon
20
   thereafter as counsel may be heard, the Defendant, MAYRA PARTIDA DE
21
   HERRERA will present the following Motion to Compel Discovery and Preserve
22
   Evidence.
23
        It is agreed upon by the parties that the filing of this motion will exclude
24
   time.
25
        Said Motion will be based upon this Notice of Motion, the Motions attached
26
   hereto, the Statement of Facts and Points of Authorities filed herewith, as well as
27
28

any and all other evidence presented at the time of the hearing of said Motions.

Dated: April 14, 2021                              Respectfully submitted,


/s/ Sandra Resnick
SANDRA RESNICK
Attorney for Defendant
Mayra Partida De Herrera