UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAYRA PARTIDA DE HERRERA,<br><br>    Defendant. | Case No.21CR 0685-WQH<br><br>**ORDER** |

    IT IS HEREBY ORDERED that Joint motion (ECF 21) is granted and Motion Hearing/Trial Setting currently scheduled for April 29, 2021 at 2:00 p.m., be rescheduled to June 17, 2021 at 9:00 a.m. **Parties are ordered to file a written status report jointly or separately no later than May 20, 2021.** For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

    IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until June 17, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED.**

Dated:  April 22, 2021

                                                Hon. William Q. Hayes<br>
                                                United States District Court