UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>MAYRA PARTIDA DE HERRERA,<br><br>  Defendant. | Case No.21CR 0685-WQH<br><br>**ORDER** |

  IT IS HEREBY ORDERED that Joint motion to continue (ECF No. 23) is granted and the Motion Hearing/Trial Setting currently scheduled for June 17, 2021 at 9:00 a.m., be rescheduled to August 5, 2021 at 9 a.m.  The parties shall file a status report no later than July 26, 2021.

  For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

  IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until August 5, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

Dated:  June 1, 2021

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court