UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Mayra PARTIDA DE HERRERA,<br><br>                    Defendant. | Case No.:  21CR0685-WQH<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Defendant Mayra PARTIDA DE HERRERA's unopposed Motion to Modify Conditions of Release (ECF No. 25) is granted. The location monitoring conditions are removed.  All other conditions shall remain as set.

Dated: July 1, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge