UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYRA PARTIDA DE HERRERA,<br><br>　　　　Defendant. | Case No. 21CR 0685-WQH<br><br>**ORDER** |

IT IS HEREBY ORDERED that Ms. Partida de Herrera's Trial Date currently scheduled for December 14, 2021 at 9:00 a.m., be rescheduled to February 1, 2022 at 9:00 a.m.

　　For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

　　IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until February 1, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

　　**SO ORDERED.**

Dated:  November 8, 2021

　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　United States District Court