# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.21CR 0685-WQH |
| Plaintiff, | |
| v. | **ORDER** |
| MAYRA PARTIDA DE HERRERA, | |
| Defendant. | |

IT IS HEREBY ORDERED that joint motion (ECF No. 35) is granted and the Trial Date currently scheduled for February 1,  2022, is reset to March 29, 2022 at 9 a.m. and the motin in limine hearing currently set for January 31, 2022 at 2 p.m. is reset to March 28, 2022 at 2 p.m.  Motions in limine shall be filed by March 7, 2022; responses shall be filed by March 21, 2022.

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until March 28, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  January 3, 2022

Hon. William Q. Hayes
United States District Court