RANDY S. GROSSMAN
United States Attorney
Paul E. Benjamin
Assistant U.S. Attorney
California Bar No.: 306066
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7579
Email: Paul.Benjamin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-685-WQH |
|---|---|
| Plaintiff, | The Honorable William Q. Hayes |
| v. | **UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND MOTIONS IN LIMINE FOR ABSENCE OF AN ESSENTIAL WITNESS** |
| MAYRA PARTIDA DE HERRERA, | |
| Defendant. | |

The UNITED STATES OF AMERICA, by and through its counsel, United States Attorney, Randy S. Grossman, and Assistant United States Attorney, Paul E. Benjamin respectfully requests this Court continue the motions *in limine* and jury trial in this case from June 27 and 28, 2022, to a date after July 14, 2022.

A continuance is necessary because HSI Special Agent Rainier Mendoza, the case agent, will be out of the state for training and unavailable from June 11 to July 14, 2022. Agent Mendoza has been the lead investigator on this case since its inception and his testimony is crucial to the Government's case. As such, the case should be continued and time should be excluded under 18 U.S.C. 3161(h)(3)(A) as delay resulting from the unavailability of an essential witness.

Undersigned Government counsel has communicated with Defendant's attorney, who has indicated that she does not object to this continuance and is available throughout late July and the month of August. Government counsel is likewise available in late July

and August, with the exception of a trial set for July 25, 2022, which is expected to last three days.

DATED: May 2, 2022

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Paul E. Benjamin*
Paul E. Benjamin
Assistant United States Attorney