**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>MAYRA PARTIDA DE HERRERA,<br><br>      Defendant. | Case No. 21-CR-685-WQH<br><br>**I N F O R M A T I O N**<br>**Superseding**<br><br>Title 18, U.S.C.,<br>Sec. 545 - Importation<br>Contrary to Law (Felony) |

The United States Attorney charges:

On or about February 3, 2021, within the Southern District of California, Defendant MAYRA PARTIDA DE HERRERA did knowingly import and bring into the United States, merchandise contrary to law, in violation of Title 19, United States Code, Section 1461; all in violation of Title 18, United States Code, Section 545.

DATED: 5/31/22 .

            RANDY S. GROSSMAN
            United States Attorney

            *Paul E. Benjamin*

            PAUL E. BENJAMIN
            Assistant U.S. Attorney

PEBE:td:5/31/2022