

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 21cr0685-WQH |
|---|---|
| Plaintiff, | ORDER |
| V. | |
| Mayra Partida De Herrera, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Superseding Information .

Dated: 6/27/2022

Hon. William Q. Hayes
United States District Judge