**SANDRA RESNICK STATE BAR# 89901**
**LAW OFFICE OF SANDRA RESNICK**
270 E. Douglas Avenue
El Cajon, California  92020
Telephone:  (619) 401 4067
Fax: (619) 442-7439

Attorney for Defendant
Mayra Partida de Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CASE #21-CR-0685-WQH |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| MAYRA PARTIDA DE HERRERA**,** ) | |
| Defendant. ) | |

    The Plaintiff UNITED STATES OF AMERICA, by and through its counsel Randy S. Grossman, Acting United States Attorney and Paul E. Benjamin, Assistant U. S. Attorney, and defendant Mayra Partida de Hererra, by and through her counsel Sandra Resnick, respectfully move this Court for an order to continue the sentencing in the above entitled case from September 20, 2022 at 9:00 a.m. to a date convenient to the Court in early November of 2022 in order to conduct a psychological evaluation of the defendant..

    The defendant is on bond.

    Date: September 7, 2022           Respectfully submitted,

                                                      RANDY S. GROSSMAN.
                                                      Acting United States Attorney

          /s/ Paul E. Benjamin
          Assistant United States Attorney

          /s/ Sandra Resnick
          Attorney for Defendant
          Mayra Partida de Herrera

I hereby certify that I have obtained authorization to affix these electronic signatures to this document.

          /s/ Sandra Resnick