# SENTENCING SUMMARY CHART
[✓] **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**

USPO [ ]
AUSA [✓]
DEF [ ]

**Sentencing Date:** November 14, 2022

Defendant's Name: Mayra Partida de Herrera          Docket No.: 21-CR-685- WQH

Attorney's Name: Paul Benjamin          Phone No.: 619-546-7579

Guideline Manual Used: November 1, 2021          Agree with USPO Calc.: No

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2T3.1 and 2D1.1- 23.9 kilograms of cocaine, reduced due to role          **30**

Specific Offense Characteristics: USSG §

Victim Related Adjustment:

Adjustment for Role in the Offense:          **-2**

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level:          **28**
([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b)]          **-3**

Total Offense Level:          **25**

Criminal History Score:          **0**

Criminal History Category:          **I**
([ ] Career Offender [ ] Armed Career Criminal)

Guideline Range:          from **57** mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)          to **71** mths

Departures:
USSG § 5K2.0- Combination of Circumstances          **-2**

Resulting Guideline Range: Adjusted Offense Level **23**          from **46** mths
**RECOMMENDATIONS:** 40 months custody, 3 years supervised          to **57** mths
release, $100 special assessment. A variance is recommended due to defendant's mental illness, history of abuse, and to avoid undue sentencing disparities.